

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

**MILLENNIUM MARKETING GROUP, LTD.,**
**ORIN S. JOHNSON, GARY A. JONES and**
**AM-RAD, INC.,**

                            **Plaintiffs,**

                    v.

**SAMUEL B. ROSS, II,**
                    **Defendant.**

## 08CV2792
## JUDGE LEFKOW
## MAG. JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**MILLENNIUM MARKETING GROUP, LTD., ORIN S. JOHNSON, GARY A. JONES and AM-RAD, INC.**

| | |
|---|---|
| **NAME** (Type or print)<br>**Lawrence M. Templer** | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ *Lawrence M. Templer* | MAY 14 2008 |
| **FIRM**<br>**Jolivette & Templer, P.C.** | **FILED** |
| **STREET ADDRESS**<br>**10 South LaSalle Street** | MAY 14 2008 TC |
| **CITY/STATE/ZIP**<br>**Chicago, IL  60603** | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**2807874** | TELEPHONE NUMBER<br>**(312) 419-8800** |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐