2807874

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MILLENNIUM MARKETING GROUP, LTD., ORIN S. JOHNSON, GARY A. JONES and AM-RAD, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 CV 2792 |
| v. | ) ) ) | The Honorable Joan Humphrey Lefkow |
| SAMUEL B. ROSS, II, | ) ) ) | Magistrate Nan R. Nolan |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Samuel B. Ross, II                Thomas P. Battistoni
     4600 1st Avenue                   Schiff Hardin LLP
     Vienna, WV 26105-1839             900 Third Avenue
                                       23rd Floor
                                       New York, NY 10022

**PLEASE TAKE NOTICE** that on Tuesday July 1, 2008, at the hour of 9:30 a.m., we shall appear before the Honorable Judge Joan H. Lefkow, or any Judge sitting in her place and stead, in Courtroom 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and then

and there present the Plaintiff's Motion to Transfer Venue Pursuant to 28 USC § 1404, a copy of which is attached hereto and is herewith served upon you.

**JOLIVETTTE & TEMPLER, P.C.**

/s/ Lawrence M. Templer
Lawrence M. Templer
No. 2807874
10 South LaSalle Street
Chicago, IL 60603
Ofc:  (312) 419-8800
Fax:  (312) 419-0705
E-Mail: templerlm@aol.com

AND:

**LATHROP & GAGE, L.C.**

Leonard Rose, MO #18108
(Pro Hac Vice Motion to have been filed)
Jed D. Reeg, MO #47542
(Pro Hac Vice Motion to have been filed)
Amy Loth Allen, MO #52223
(Pro Hac Vice Motion to have been filed)
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108
Ofc:  (816) 292-2000
Fax:  (816) 292-2001

**ATTORNEYS FOR PLAINTIFFS.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed the Notice of Motion and Plaintiffs' Motion to Transfer Venue Pursuant to 28 USC § 1404 with the Clerk of Court using the CM/ECF system, and mailed copies of same to the persons to whom they are directed.

/s/   Lawrence M. Templer
Lawrence M. Templer