# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2792 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Millennium Marketing Group, Ltd., et al. vs. Samuel B. Ross, II | | |

**DOCKET ENTRY TEXT**

Status hearing stricken.  Plaintiffs' motion to transfer venue pursuant to 28 U.S.C. § 1404 [6] is granted.  This case is hereby transferred to the United States District Court for the Southern District of West Virginia.  Civil Case Terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|